NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellants*

v.

**ERIE INDEMNITY COMPANY, ERIE INSURANCE EXCHANGE, ERIE INSURANCE PROPERTY & CASUALTY COMPANY, ERIE INSURANCE COMPANY, FLAGSHIP CITY INSURANCE COMPANY, ERIE FAMILY LIFE INSURANCE COMPANY, HIGHMARK, INC., HM INSURANCE GROUP, INC., HM LIFE INSURANCE COMPANY, HIGHMARK CASUALTY INSURANCE COMPANY, HM CASUALTY INSURANCE COMPANY, OLD REPUBLIC GENERAL INSURANCE GROUP, INC., OLD REPUBLIC INSURANCE COMPANY, OLD REPUBLIC TITLE INSURANCE GROUP, INC., OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,**
*Defendants-Appellees*

---

2016-1128, -1129, -1132

---

Appeals from the United States District Court for the Western District of Pennsylvania in Nos. 1:14-cv-00220-MRH, 2:14-cv-01130-MRH, and 2:14-cv-01131-MRH, Judge Mark R. Hornak.


———————

# O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellants' opening brief is due no later than December 28, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32